CORNELIO GARCIA-MATA
#1823084  7I-50T
MC CONNELL UNIT
3001 S. EMILY dR.
BEEVILLE, TEXAS 78102
                MARCH 17, 2015

COURT OF CRIMINAL APPEALS
AbEL ACOSTA, CLERK
SUPREME COURT BLdg.
P.O. Box 12308
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

SUBJECT: HAVE SENT 2nd REQUEST TO TRIAL COURT FOR
MANDATE TO CONTINUE APPEAL PROCESS. COA #03-12-00804-CR
TR. CT. NO. CR2012-205

GREETINGS: MAY God bE WITH YOU ...

I WRITE TO YOUR OFFICE FOR ASSISTANCE IN THAT I MAY bE GRANTED
EITHER MY TRIAL COURT MANDATE, OR IN ALTERNATIVE THIS COURT MAY
ALLOW ME TO AdVANCE WITH MY APPLICATION OF WRIT OF HAbEAS
CORPUS ART. 11.07 CodE OF CRIMINAL PROCEDURE, AND CONTINUE MY
APPEAL PROCESS I AM ENTITLED TO.
THANK YOU FOR YOUR ASSISTANCE ...

                                RESPECTFULLY
                                Cornelio Garcia

CC: FILE

JEFFREY D. KYLE, CLERK
3Rd COURT OF APPEALS
P.O. Box 12547
AUSTIN, TEXAS  78711-2547